David Blair-Loy (SBN 229235)
dblairloy@aclusandiego.org
ACLU FOUNDATION OF SAN DIEGO &
　IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: (619) 232-2121
Fax: (619) 232-0036

Alan M. Mansfield (SBN 125998)
alan@clgca.com
The Consumer Law Group
9466 Black Mountain Road, Suite 225
San Diego, CA 92126
Tel: (619) 308-5034
Fax: (888) 341-5048

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON RIVERA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KENNETH E. MELSON, et al.,<br><br>　　　　Defendants. | No. 2:09-CV-2435-DOC-JCx<br><br>[~~PROPOSED~~] JUDGMENT |

This action came on for hearing before the Court on May 24, 2010, Hon. David O. Carter, District Judge presiding, on Plaintiff's Motion for Summary Judgment, and the evidence and arguments presented having been fully considered the issues having been duly heard, and a decision granting Plaintiff's Motion having been duly rendered,

1

1  IT IS ORDERED AND ADJUDGED that judgment shall be entered in favor of Plaintiff on each of his claims and that Plaintiff shall recover his costs pursuant to 28 U.S.C. § 2412(a).

IT IS FURTHER ORDERED AND ADJUDGED that Defendants Kenneth E. Melson, Acting Director, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF); John A. Torres; Special Agent in Charge, ATF Los Angeles Field Division; Eric H. Holder, United States Attorney General; their successors in office; their officers, agents, servants, employees, and attorneys; and anyone in active concert or participation with any of the foregoing persons shall be permanently enjoined from seizing, or asking or directing any other person or entity to seize, from Plaintiff any property or item bearing or displaying all or part of either or both of the following trademarks: the word "MONGOLS" (Registration No. 2916965) and the following image (Registration No. 3076731):



Dated: January 5, 2011

David O. Carter, Judge
United States District Court